HARVEY P. SACKETT (72488)

SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

*E-FILED - 3/3/10*

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAGDALENA R. LOPEZ, | Case No: C09-03483 RMW PVT |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | |
| Defendant. | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (30) days up through and including Monday, March 22, 2010 in which to e-file her Motion for Summary Judgment. This extension is necessitated by the number of other cases (5) Plaintiff's counsel currently has before this district court and other district courts that also require briefing around this time.

1

STIPULATION AND ORDER

| | |
|---|---|
| | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| Dated: February 19, 2010 | */s/*<br>ELIZABETH FIRER<br>Special Assistant U.S. Attorney |
| Dated: February 19, 2010 | */s/*<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>MAGDALENA R. LOPEZ |

IT IS SO ORDERED.

Dated: 3/3/10

*Ronald M. Whyte*

xxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
United States District Judge

STIPULATION AND ORDER