1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  LUCILLE GONZALES MEIS, SBN CO 15153
   Regional Chief Counsel, Region IX,
3  Social Security Administration
   ELIZABETH FIRER, SBN WI 1034148
4  Special Assistant United States Attorney                *E-FILED - 5/11/10*

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone:  (415) 977-8937
      Facsimile:  (415) 744-0134
7
   Attorneys for Defendant
8
                        UNITED STATES DISTRICT COURT
9                       NORTHERN DISTRICT OF CALIFORNIA

10                             SAN JOSE DIVISION

11 MAGDALENA R. LOPEZ,              )
                                    )       CIVIL NO. C-09-03483 RMW
12      Plaintiff,                  )
                                    )
13      v.                          )
                                    )       STIPULATION AND ORDER FOR
14 MICHAEL J. ASTRUE,               )       EXTENSION
   Acting Commissioner of           )
15 Social Security,                 )
                                    )
16      Defendant.                  )
   _____  )
17

18      IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the

19 approval of the Court, that the Commissioner have an extension of time up to and including May 26,

20 2010, in which to file a response to Plaintiff's Motion for Summary Judgment.  The extension is being

21 sought because of a heavy work load and the previously scheduled leave of the undersigned counsel for

22 the Commissioner.  From mid-March through April,23, 2010, Counsel has had to or will have to file

23 briefs in 12 district court cases plus she has drafted voluntary remand requests in 3 additional cases and

24 is drafting a brief in a Ninth Circuit case.  Counsel will be out of the office from April 26 through May

25 7, 2010 and must complete and file 3 of the aforementioned briefs prior to her departure.  Given this

26 work load, Counsel is unable to complete the Commissioner's brief by the April 26, 2010 due date.

27 ///

28 ///

1 | Dated:  April 21, 2010 | /s/ *Harvey P. Sackett*
 |   | *(As authorized via email*)
 |   | HARVEY P. SACKETT
 |   | Attorney for Plaintiff
 |   |
 |   | JOSEPH P. RUSSONIELLO
 |   | United States Attorney
 |   |
Dated:  April 21, 2010 | By: /s/ *Elizabeth Firer*
 |   | ELIZABETH FIRER
 |   | Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant Commissioner of Social Security shall have up to and including May 26, 2010, to respond to Plaintiff's Motion for Summary Judgment.

Dated:  5/11/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

2