1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

*E-FILED - 6/23/10*

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAGDALENA R. LOPEZ, | ) Case No:  C09-03483 RMW |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) STIPULATION AND ORDER |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner, | ) |
| Social Security Administration, | ) |
| | ) |
| Defendant. | ) |
| | ) |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (14) days up through and including Wednesday, June 23, 2010 in which to e-file her Reply to Defendant's Cross-Motion for Summary Judgment.  This extension is necessitated by the number of other cases (4)

1

STIPULATION AND ORDER

Plaintiff's counsel currently has before this district court and other district courts that also require briefing around this time.

                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney

Dated: June 9, 2010                      /s/
                                        ELIZABETH FIRER
                                        Special Assistant U.S. Attorney

Dated: June 9, 2010                      /s/
                                        HARVEY P. SACKETT
                                        Attorney for Plaintiff
                                        MAGDALENA R. LOPEZ

IT IS SO ORDERED.

Dated: 6/23/10                         *Ronald M. Whyte* (signature)
                                        HON. RONALD M. WHYTE
                                        United States District Judge

STIPULATION AND ORDER