**E-FILED on** 7/27/11

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAGDALENA R. LOPEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br><br>　　　　Defendant. | No. C-09-03483  RMW<br><br>JUDGMENT |

　　The parties' arguments having been considered and a decision having been rendered, IT IS HEREBY ORDERED that judgment be entered for Defendant Commissioner and against Plaintiff Magdalena Lopez and that Plaintiff take nothing by way of her complaint.

DATED:　　7/27/11

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT—No. C-09-03483  RMW
JLR

United States District Court
For the Northern District of California